**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-1175**

---

LESLIE EBOT JONES,

Petitioner,

versus

JOHN ASHCROFT, Attorney General,

Respondent.

---

On Petition for Review of an Order of the Board of Immigration Appeals. (A79-512-833)

---

Submitted: September 20, 2004          Decided: October 8, 2004

---

Before WILKINSON, MOTZ, and GREGORY, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Robert L. Oswald, NOTO & OSWALD, PC, Washington, D.C., for Petitioner. Peter D. Keisler, Assistant Attorney General, Terri J. Scadron, Assistant Director, Leslie McKay, OFFICE OF IMMIGRATION LITIGATION, Washington, D.C., for Respondent.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leslie Ebot Jones, a native and citizen of Cameroon, petitions for review of an order of the Board of Immigration Appeals affirming, without opinion, the Immigration Judge's denial of her applications for asylum, withholding of removal, and protection under the Convention Against Torture.[*]  As discussed below, we deny the petition for review.

Jones asserts that she established her eligibility for asylum by showing past persecution and a well-founded fear of future persecution.  To obtain reversal of a determination denying eligibility for relief, an alien "must show that the evidence he presented was so compelling that no reasonable factfinder could fail to find the requisite fear of persecution."  INS v. Elias-Zacarias, 502 U.S. 478, 483-84 (1992).  We have reviewed the evidence of record and conclude that Jones fails to make the requisite showing.

We accordingly deny the petition for review.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

---

[*]  Because petitioner appeals only her asylum claim, we do not consider her applications for withholding of removal or protection under the Convention Against Torture.